**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN PATRICK MOORE,**

    Plaintiff,

                                **Civil Action 2:12-cv-609**
  vs.                             **Judge Marbley**
                                **Magistrate Judge King**

**BRENT CRUSE,** *et al.***,**

    Defendants.

<u>**ORDER**</u>

On September 10, 2012, the United States Magistrate Judge recommended that plaintiff's motion to compel judgment by default, Doc. No. 14, be denied. *Report and Recommendation*, Doc. No. 15. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 15, is **ADOPTED AND AFFIRMED.** Plaintiff's motion to compel judgment by default, Doc. No. 14, is **DENIED.**

                                              s/Algenon L. Marbley
                                                Algenon L. Marbley
                                        United States District Judge