```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

JOHN PATRICK MOORE,,

      Plaintiff,

   vs.                               Civil Action 2:12-cv-609
                                      Judge Marbley
                                      Magistrate Judge King

BRENT CRUSE, *et al.*,

      Defendants.

## ORDER

On November 14, 2012, the United States Magistrate Judge recommended that the motion to dismiss filed on behalf of defendant Robinson, the warden of the Chillicothe Correctional Institution, be granted. *Report and Recommendation*, Doc. No. 28.  Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 28, is **ADOPTED AND AFFIRMED**.  Defendant Robinson's motion to dismiss, Doc. No. 18, is **GRANTED**.  Defendant Robinson is **DISMISSED** as a defendant in this action.

                                                s/Algenon L. Marbley
                                                 Algenon L. Marbley
                                             United States District Judge