# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN PATRICK MOORE,** | : | |
| Plaintiff, | : | Case No. 2:12-CV-609 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **BRENT CRUSE, et al.** | : | Magistrate Judge King |
| Defendants. | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 43). On December 16, 2013, the Magistrate Judge issued the Report and Recommendation, recommending that Defendants Cruse, Pfeifer, Thornhill, and Walker's Motion for Summary Judgment (Doc. 31) be granted. Plaintiff was specifically advised of his right to object to this Report and Recommendation, and of the consequences of his failure to do so. (Doc. 43 at 14). Plaintiff has failed to respond. (*See* Doc. 44). The deadline for objections lapsed on Janurary 2, 2014.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, Defendants Cruse, Pfeifer, Thornhill, and Walker's Motion for Summary Judgment is **GRANTED**. This action is hereby **DISMISSED**. The Clerk shall enter final judgment.

**IT IS SO ORDERED.**

                                                        s/ Algenon L. Marbley
                                                        **ALGENON L. MARBLEY**
                                                        **UNITED STATES DISTRICT JUDGE**

**DATED: March 5, 2014**